JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ERBE,<br><br>  Plaintiffs,<br><br>  v.<br><br>OPTUMRX, INC. and DOES 1-25,<br><br>  Defendants. | Case No. 8:19-cv-01954 JVS (JDEx)<br><br>**ORDER GRANTING JOINT STIPULATION TO BINDING ARBITRATION AND TO DISMISS PENDING ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed: March 18, 2019<br><br>Judge: Hon. James V. Selna<br>Magistrate: John D. Early<br>Trial Date: Not Set |

**GOOD CAUSE HAVING BEEN SHOWN** and all parties having stipulated thereto, it is hereby ordered as follows:

The Court hereby approves the Joint Stipulation To Binding Arbitration And To Dismiss Pending Action Without Prejudice.

**IT IS SO ORDERED:**

Dated: October 23, 2019 _____
HONORABLE JAMES V. SELNA
United States District Court

1  Case No. 8:19-cv-01954 JVS (JDEx)
ORDER GRANTING JOINT STIPULATION TO BINDING ARBITRATION AND TO DISMISS PENDING ACTION WITHOUT PREJUDICE